■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD M.M., Appellant. [3 NYS3d 683]—Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered May 27, 2010. The appeal was held by this Court by order entered May 9, 2014, decision was reserved and the matter was remitted to Monroe County Court for further proceedings. The proceedings were held and completed.

It is hereby ordered that said appeal is unanimously dismissed as moot. Present—Scudder, P.J., Lindley, Valentino and Whalen, JJ.